Cayla J. Witty
Nevada Bar No. 12897
cayla.witty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants RTX Corporation, ROHR,
Inc. d/b/a Collins Aerospace, and Raytheon Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA WEISMANN, | Case No.: 2:26-cv-00259-DJA |
| Plaintiff, | |
| vs. | **STIPULATION [AND ~~PROPOSED~~ ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| RTX CORPORATION, ROHR, INC. dba COLLINS AEROSPACE, RAYTHEON COMPANY, and DOES 1 through 10, inclusive, | |
| | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants RTX Corporation, ROHR, Inc. d/b/a Collins Aerospace, and Raytheon Company ("Defendants") and Plaintiff Alexandra Weismann ("Plaintiff") hereby request that Defendants be granted a 14-day extension of time, up to and including February 25, 2026, to file their response to Plaintiff's Complaint (ECF. No. 1-2). The present deadline for Defendants to file their response is February 11, 2026. This is the parties' first request for an extension of time for Defendants to file their response.

Defendants respectfully request this extension in order to have the time to fully research the facts and circumstances underlying this case, and not for purposes of delay. Good cause exists to

/ / /

/ / /

/ / /

- 1 -

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

extend the response deadline. Therefore, the parties respectfully request a 14-day extension of time up to and including February 25, 2026 for Defendants to file their response to Plaintiff's Complaint.

IT IS SO STIPULATED

DATED this 9th day of February 2026.

/s/ Tony Roberts

Tony Roberts
Nevada Bar No. 15804
3684 Jewell Street
San Diego, California 92109

*Attorney for Plaintiff Alexandra Weismann*

Leon Greenberg
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez
Nevada Bar No. 15904
LEON GREENBERG, PC
1811 South Rainbow Boulevard Suite 210
Las Vegas, Nevada 89146

*Designated Attorneys of Service for Plaintiff*

DATED this 9th day of February 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Cayla S. Witty

Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendants RTX Corporation, ROHR, Inc. d/b/a Collins Aerospace, and Raytheon Company*

IT IS SO ORDERED.

**ORDER**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/11/2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

95505501.v1-OGLETREE