Cayla J. Witty
Nevada Bar No. 12897
cayla.witty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants RTX Corporation, ROHR,
Inc. d/b/a Collins Aerospace, and Raytheon Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDRA WEISMANN,<br><br>              Plaintiff,<br><br>  vs.<br><br>RTX CORPORATION, ROHR, INC. dba COLLINS AEROSPACE, RAYTHEON COMPANY, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 2:26-cv-00259-DJA<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR PARTIAL MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants RTX Corporation, ROHR, Inc. d/b/a Collins Aerospace, and Raytheon Company ("Defendants") and Plaintiff Alexandra Weismann ("Plaintiff") hereby request that Defendants be granted a two-day extension of time, up to and including March 27, 2026, to file their reply in support of their Partial Motion to Dismiss (ECF No. 14). The present deadline for Defendants to file their reply is March 25, 2026. This is the parties' first request for an extension of time for Defendants to file their reply.

Defendants respectfully request this short extension because Defendants' undersigned counsel has been unexpectedly sick and out of the office over the past week. Good cause exists to extend the reply deadline, and this request is not for purposes of delay. Therefore, the parties

/ / /

/ / /

- 1 -

respectfully request a two-day extension of time, up to and including March 27, 2026, for Defendants to file their reply in support of their Partial Motion to Dismiss.

IT IS SO STIPULATED.

DATED this 24th day of March 2026.

DATED this 24th day of March 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Tony Roberts*

*/s/ Cayla J. Witty*

Tony Roberts
Nevada Bar No. 15804
3684 Jewell Street
San Diego, California 92109
*Attorney for Plaintiff Alexandra Weismann*

Leon Greenberg
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez
Nevada Bar No. 15904
LEON GREENBERG, PC
1811 South Rainbow Boulevard Suite 210
Las Vegas, Nevada 89146
*Designated Attorneys of Service for Plaintiff*

Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorneys for Defendants RTX Corporation, ROHR, Inc. d/b/a Collins Aerospace, and Raytheon Company*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

3/25/2026
_____
DATED